Michelle R. Ghidotti-Gonsalves, Esq. (232837)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave. Ste. 206
Anaheim Hills, CA 92807
Tel: (949) 354-2601
Fax: (949) 200-4381
mghidotti@ghidottilaw.com

Attorneys for Movant
U.S. Bank Trust National Association, as Trustee
of the Igloo Series II Trust, its Successors and
Assigns

The following constitutes
the order of the court. Signed November 18, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA  - SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Olga Lilia Garcia,<br><br>    Debtor. | Case No.: 15-50944<br><br>CHAPTER 13<br><br>REF.: MRG-1<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE: October 14, 2016<br>TIME: 10:00 a.m.<br>CTRM: 3020<br>PLACE: 280 South First Street<br>        San Jose, CA 95113-3099<br><br>Honorable M. Elaine Hammond |

     U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust, ("Movant"), filed a Motion for Relief from the Automatic Stay with respect to the real property located at 479 Dixon Road, Milpitas, CA 95035 (the "**Property**"), which was heard before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, on October 14, 2016. Movant and the Debtor was represented by their respective counsel at the hearing. Based on the pleadings and other documentation on file herein, oral argument, and good cause appearing therefore,

1

**IT IS THEREFORE ORDERED** that:

1. All stays, including but not limited to, any injunction, restraining order, and the automatic stay provided by 11 U.S.C. § 362(a) are terminated as to Movant, its successors and assigns with respect to the Property;

2. Movant may take any and all action necessary and appropriate to enforce its interest against the Property, including, but not limited to, declaring all sums secured by the Deed of Trust to be immediately due and payable; exercising any assignment of rents; bringing a foreclosure action in any Court of competent jurisdiction; noticing, conducting or continuing a non-judicial foreclosure or Trustee's Sale; applying the proceeds therefrom as authorized by the Deed of Trust and applicable state law; taking any action to obtain complete possession of the Property without further order of this Court.

3. The co-debtor stay of 11U.S.C. Section 1301(a) is terminated, modified or annulled as to the co-debtor on the same terms and conditions as to the Debtor;

4. The 14 day stay pursuant to Bankruptcy Rule 4001(a)(3) is not waived.

IT IS SO ORDERED.

**END OF ORDER**

COURT SERVICE LIST