UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:  CASE NO. 15-50944 MEH
CHAPTER 13

OLGA LILIA GARCIA

JUDGE M. ELAINE HAMMOND

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, DEVIN DERHAM-BURK files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full, or has been fully paid to the extent it was required to be paid pursuant to court order in this case.

**Name of Creditor:** US BANK TRUST NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | 5308 | $0.00 | $0.00 | $0.00 |
| Total Amount Paid by Trustee | | | | $0.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 2nd day of October, 2018.

OLGA LILIA GARCIA, 479 DIXON RD, MILPITAS, CA 95035

ELECTRONIC SERVICE - GOLD & HAMMES, 1570 THE ALAMEDA #223, SAN JOSE, CA 95126

US BANK TRUST NA, C/O SN SERVICING CORP, 323 5TH ST, EUREKA, CA 95501

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date: October 02, 2018 | /s/ Janine VanSant |
| | Office of |
| | DEVIN DERHAM-BURK, Chapter 13 Trustee |
| | P O BOX 50013 |
| | SAN JOSE, CA 95150-0013 |